■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO ARRIAZA, Appellant. [21 NYS3d 635]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated August 25, 2014, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant failed to show, by a preponderance of the evidence (*see People v Gillotti*, 23 NY3d 841 [2014]; *People v Wyatt*, 89 AD3d 112 [2011]), his entitlement to a downward departure from the presumptive risk level (*see People v Pavia*,

121 AD3d 960 [2014]; *People v Romero,* 113 AD3d 605 [2014]). Accordingly, the County Court properly designated him a level two sex offender.

The defendant's remaining contentions are not properly before this Court. Leventhal, J.P., Chambers, Cohen and Hinds-Radix, JJ., concur.